# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JENIFER Y. ARIZPE, INDIVIDUALLY, | § | |
| AND AS REPRESETIONATION OF THE | § | |
| ESTATE OF MAXIMILIANO ARIZPE | § | |
|       Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION _____ |
| | § | |
| TCSI TRANSLAND, INC. AND | § | |
| GUADALUPE GONZALEZ | § | |
|       Defendants. | § | |

**AFFIDAVIT OF JOHN GOEBELBECKER, P.E.**

| | |
|---|---|
| **STATE OF ILLINOIS** | § |
| | § |
| **COUNTY OF COOK** | § |

    BEFORE ME, the undersigned Notary Public, personally appeared this day John Goebelbecker, personally known to me or whose identity was made known to me by valid identification, and who, being by me duly sworn, upon his oath deposed as follows:

    1.    "My name is John Goebelbecker. I am over eighteen (18) years of age and I am competent to make this affidavit. I am the President and Managing Engineer of Foresight Reconstruction, Inc. I am the lead engineer for the investigation of an accident that occurred on June 7, 2013 in the westbound lanes of IH-80 in Iowa. The accident involved a 2000 Mercury Marquis driven by Maximiliano Arizpe and a tractor-trailer operated by TCSI Transland, Inc.

    2.    During the investigation, I had the opportunity to personally inspect the 2000 Mercury Marquis, 2011 International TT tractor and 2005 Wanca van trailer. I also inspected the site of the accident.

3.     Based on the initial inspections and investigation, I am aware of no evidence that Guadalupe Gonzalez was negligent in the repair, maintenance or inspection of the 2000 Mercury Marquis vehicle.    Furthermore, I am aware of no evidence that a mechanical defect in the 2000 Mercury Marquis contributed to the cause of the subject accident.

4.     My investigation of the subject accident is ongoing.    I reserve the right to supplement my opinions as the investigation continues.

Further, affiant sayeth not."

JOHN GOEBELBECKER
President, Foresight Reconstruction, Inc.

SWORN TO AND SUBSCRIBED BEFORE ME by said JOHN GOEBELBECKER on this _24th_ day of ___MAY___, 2015, to certify which witness my hand and official seal.

Notary Public in and for the
State of Illinois

My commission expires: _11-14-17_

OFFICIAL SEAL
JAMES MEDINA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/14/17